## ZIMMERMAN v. STATE.

### No. 18607.

Court of Criminal Appeals of Texas.

Dec. 2, 1936.

T. A. Scruggs and Joe P. Flack, both of Menard, and Wm. E. Davenport, of San Angelo, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is theft of property over the value of $50; the punishment, confinement in the penitentiary for two years.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.